UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAREL GRIMES, | ) Case No.: 10 CV 00474 SKO |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **October 8, 2010**              /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE

-1-